**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ABDUL FIELDS**<br><br>**Defendant.** | **Case No. 25-cr-378** |

**GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT**

The United States of America moves to dismiss the remaining counts of the Indictment, to wit: Counts 1, 2, 5, 7, and 8, pursuant to Defendant Abdul Fields' guilty plea and sentencing in this matter.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By: */s/ Travis Wolf*

TRAVIS WOLF
Assistant United States Attorney
N.Y. Bar No. 5483243
United States Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 803-1670
Travis.Wolf@usdoj.gov